# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION



| | | |
|---|---|---|
| IRON WORKERS LOCAL NO. 498 HEALTH AND WELFARE FUND and IRON WORKERS LOCAL NO. 498 PENSION FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 12 CV 1163 |
| v. | ) ) ) | Assigned Judge: Gettleman |
| | ) ) | Magistrate Judge: Cox |
| DEBCO CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on February 17, 2012 and the Defendant was personally served with copies of Complaint and Summons; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default Judgment is hereby entered against the Defendant in accordance with the relief sought in the Complaint; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered on behalf of the Plaintiffs and against the Defendant, DEBCO CORPORATION, in the sum of $57,940.07 representing the following amounts:

| | |
|---|---|
| Unpaid Contributions for the months June 2011 Through March 2012 | $ 46,790.85 |
| Liquidated damages | $ 7,018.63 |
| Attorney Fees | $ 2,025.00 |
| Interest | $ 2,105.59 |
| **Grand Total**.................................................................................. | **$ 57,940.07** |

ENTERED:

*/s/ Robert W. Gettleman*
HON. ROBERT W. GETTLEMAN

DATE: *March 21, 2012*

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343