## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: M&I
Court Date: April 24, 2012
Defendant's Name: Oebco Corporation  SS No. xxx-xx-___  Case No. 12 CV 1163
Judgment Balance: $ 57,940.07
This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☐ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

*IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

4.  |  | ACCOUNT BALANCE | AMOUNT WITHHELD
---|---|---|---
A) | Savings Account | $ | $
B) | Check/MMA/Now Account | $ No Funds | $
C) | Certificate of Deposit | $ | $
D) | Trust Account/Other (Describe) ___ | $ | $
E) | Safety Deposit ☐ Yes ☐ No | |
F) | Land Trust No. ___ | |
G) | Less Right of Offset for Loans | | $
 | TOTAL AMOUNT FROZEN: | | $ 115,880.14

**FILED APR 09 2012**
APR 09 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5. List all electronic deposits into account(s) and their source(s) except deposits:

Account Number   Source   Monthly Amount
___  ___  $ ___
___  ___  $ ___
___  ___  $ ___

6. List all joint account holders or adverse claimants:

Name ___   Name ___   Name ___
Address ___   Address ___   Address ___

Account Type ☒ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings
☒ Account Number XX 5666   ☐ Account Number ___   ☐ Account Number ___

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 4/4/12
Respondent Name: ___
Address: ___
Telephone: M&I - BMO HARRIS BANK N.A.
PO BOX 366
FAX: SUN PRAIRIE WI 53590-0366
608-825-2360   1-800-236-6737

Print Agent Name: ___
Signature of Agent: Joanne Butler
Deposit Services Specialist

Joanne M Butler

## PROOF OF SERVICE BY MAIL

**Under penalties as provided by law I certify that the statements set forth herein are true and correct.**

The undersigned non-attorney certifies that I mailed this Proof Service by Mail and enclosed documents to the **Judgment Creditor Attorney** and the **District Court** identified on the enclosed, in a properly addressed, sealed, and postage paid envelopes by depositing in the U.S. Mail box located at PO Box 366 Sun Prairie, WI 53590, on or before 5:00 p.m. on April 4, 2012.

BMO Harris Bank, N.A.

*Joanne Butler* (signature)
Joanne Butler
Legal - Garnishments and Subpoenas Group
BMO Harris Bank N.A.
PO Box 366, Sun Prairie, WI 53590
(p) 1-800-236-6767 OPT 3 | (f) 608-825-2360